LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 1 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00061 |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| ) | |
| ) | **CONSPIRACY TO DISTRIBUTE** |
| ) | **METHAMPHETAMINE** |
| vs. ) | **HYDROCHLORIDE** |
| ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), |
| ) | and 846] |
| ) | (Count 1) |
| ) | |
| ) | **MONEY LAUNDERING** |
| JOHN TIMOTHY PERALTA, ) | **CONSPIRACY** |
| ) | [18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(h), |
| Defendant. ) | and 2] |
| ) | (Count 2) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendant, JOHN TIMOTHY PERALTA, and other known and unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT II - MONEY LAUNDERING CONSPIRACY

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendant, JOHN TIMOTHY PERALTA, and other known and unknown co-conspirators, knowing that the property involved in financial transactions represented the proceeds of unlawful activity, to-wit, the distribution of methamphetamine hydrochloride in violation of Title 21, United States Code, Section 841(a)(1), did knowingly and intentionally combine, conspire, confederate and agree together with other co-conspirators to conduct such financial transactions affecting interstate and foreign commerce, to-wit, by causing the movement of funds by wire as more fully alleged below, which in fact involved the proceeds of said specified unlawful activity, and the defendant engaged in such transactions with the intent to promote the carrying on of the distribution of methamphetamine hydrochloride:

| Date | Guam Sender | Western Union Money Transfers |
| --- | --- | --- |
| 02/06/05 | John Peralta | $1,500 |
| 02/07/05 | John Peralta | $ 400 |
| 02/11/05 | John Peralta | $3,000 |
| 02/21/05 | John Peralta | $2,000 |
| 02/21/05 | John Peralta | $1,500 |
| 03/25/05 | John Peralta | $1,500 |
| 03/25/05 | John Peralta | $1,500 |
| 03/25/05 | John Peralta | $1,500 |
| 03/25/05 | John Peralta | $1,500 |
| 03/26/05 | John Peralta | $1,500 |
| 03/30/05 | John Peralta | $2,800 |
| 04/02/05 | John Peralta | $1,500 |

| Date | Guam Sender | Western Union Money Transfers |
|---|---|---|
| 04/04/05 | John Peralta | $1,500 |
| 04/09/05 | John Peralta | $ 750 |
| 04/11/05 | John Peralta | $ 850 |
| 04/12/05 | John Peralta | $2,000 |
| 04/13/05 | John Peralta | $1,650 |
| 04/19/05 | John Peralta | $1,881 |
| 04/23/05 | John Peralta | $ 950 |
| 05/02/05 | John Peralta | $ 950 |
| 05/10/05 | John Peralta | $ 950 |

All in violation of Title 18 United States Code, Sections 2, 1956(a)(1)(A)(i) and 1956(h).

Dated this 19th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

3

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00061**
Same Defendant __X__    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____John Timothy Peralta_____

Allisas Name _____

Address _____

_____Tamuning, GU_____

Birth date __XX/XX/1958__ SS# __XXX-XX-3652__ Sex __M__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
**AUG 1 9 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h), and 2 | MONEY LAUNDERING CONSPIRACY | 2 |

Date: __8/19/05__    Signature of AUSA: _____/s/_____