IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
AUG 22 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CR-05-00061        DATE: 08/22/2005

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge         Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                              Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:15:15 - 9:43:56          CSO: J. McDonald

**APPEARANCES**

DEFT: __JOHN TIMOTHY PERALTA__           ATTY: __WILLIAM GAVRAS__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID           AGENT:

U.S. PROBATION: CARLEEN BORJA          U.S. MARSHAL: W. GRAY

INTERPRETER:_____   ( ) SWORN     LANGUAGE:_____
                                      ( ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT
FILING OF INFORMATION AND PLEA**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __47__  HIGH SCHOOL COMPLETED: __COMMUNITY COLLEGE IN L.A.__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNTS I AND II OF THE INFORMATION__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __AUGUST 22, 2005__ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( X ) STATUS HEARING: __DECEMBER 5, 2005__ at __2:00 P.M.__
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND AS PREVIOUSLY ORDERED IN CRIMINAL CASE NO. 05-00039
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

The Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge and waived his right to an indictment. The Court executed the report and recommendation concerning Defendant's pleas of guilty. The Government recommended that the Defendant be released on the same conditions previously imposed by the Court as set forth in Criminal Case No. 05-00039. No objection. GRANTED.