Waivlnd.wpf (EDNY 2/99)

# United States District Court

FILED
DISTRICT COURT OF GUAM
AUG 22 2005
MARY L.M. MORAN
CLERK OF COURT

FOR THE _____ DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**

v.

JOHN TIMOTHY PERALTA

**WAIVER OF INDICTMENT**

Case Number: **05-00061**

Defendant(s).

I, __John Timothy Peralta__ the above-named defendant, who is accused of

CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE in Violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), & 846, and MONEY LAUNDERING CONSPIRACY in Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(h), and 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on __8-22-05__ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_[signature]_
JOHN TIMOTHY PERALTA
*Defendant*

_[signature]_
WILLIAM L. GAVRAS
*Counsel for Defendant*

Before: _[signature]_
*Judicial Officer*