
FILED
DISTRICT COURT OF GUAM

AUG 22 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00061 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| **JOHN TIMOTHY PERALTA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **WILLIAM GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 22nd day of August, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM