```
FILED
DISTRICT COURT OF GUAM
OCT -4 2005
MARY L.M. MORAN
CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN TIMOTHY PERALTA,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00061<br><br>**ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to an Information charging him with Information charging him with Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and Money Laundering Conspiracy, in violation of 18 U.S.C. §§ 2, 1956(a)(1)(A)(i) and 1956(h), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 4 day of Oct 2005.

_____
LLOYD D. GEORGE*
District Judge

---

* The Honorable Lloyd D. George, United States Senior District Judge for the District of Nevada, sitting by designation.