FILED
DISTRICT COURT OF GUAM

DEC -1 2005

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00061 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES TO VACATE STATUS HEARING, AND SET SENTENCING** |
| JOHN TIMOTHY PERALTA, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, William L. Gavras, hereby stipulate to vacate the status hearing,

//
//
//
//
//
//
//
//
//

now scheduled for December 5, 2005, and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 11/28/05

By: *(signature)*
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 11-28-05

*(signature)*
WILLIAM L. GAVRAS
Attorney for Defendant

-2-

Case 1:05-cr-00061   Document 15   Filed 12/01/2005   Page 2 of 2