DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00061            DATE: March 15, 2006

HON. JAMES L. ROBART, Designated Judge                Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                           Courtroom Deputy: Leilani Toves Hernandez &
                                                                        Virginia T. Kilgore
Hearing Electronically Recorded: 10:44:25 - 11:46:00  CSO: B. Benavente / J. Lizama

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

DEFT: **JOHN TIMOTHY PERALTA**                         ATTY: **WILLIAM L. GAVRAS**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                           AGENT: JOHN DUENAS, Immigration and Customs
                                                              Enforcement

U.S. PROBATION: MARIA CRUZ                             U.S. MARSHAL: C. MARQUEZ

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
    Base offense level:        Total offense level:   31    Criminal History Category:  II

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Argued for the low end of the guideline range of 121 months. Mr. Gavras requested the Court to allow the defendant to self-surrender and for a judicial recommendation to a facility near Vancouver, Washington. No objection. GRANTED.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended the minimum guideline range of 121 months.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Mr. Gavras called Agent John Duenas to testify. He was sworn and examined.

Government moved to dismiss Criminal Case No. 05-00039 - GRANTED.

SENTENCE:     CR-05-00061                    DEFENDANT: JOHN TIMOTHY PERALTA

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 121 MONTHS FOR COUNT I AND 121 MONTHS FOR COUNT II. SENTENCES ARE TO BE SERVED CONCURRENTLY.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT SHERIDAN, OREGON.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS FOR COUNT I, AND THREE YEARS FOR COUNT II TO BE SERVED CONCURRENTLY .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.   DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIMES.

2.   DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE AND SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, NOT TO EXCEED EIGHT TESTS PER MONTH, AS DIRECTED BY THE U.S. PROBATION OFFICER.

3.   DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4.   DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5.   DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3583.

6.   DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

7.   DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS. COURT ORDERS THAT A COMPLETE AND CORRECTED COPY OF THE PRESENTENCE REPORT AND THE JUDGMENT BE PREPARED FOR THE BUREAU OF PRISONS AND THE U.S. SENTENCING COMMISSION.

Courtroom Deputy: ___