William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR 19 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 61 |
| vs. | STIPULATION REGARDING SELF-SURRENDER |
| JOHN TIMOTHY PERALTA, | |
| Defendant. | |

### STIPULATION REGARDING SELF-SURRENDER

**COMES NOW** the parties and hereby stipulate as follows:

At Sentencing, the parties agreed to allow Defendant JOHN TIMOTHY PERALTA to self-surrender at the Bureau of Prisons Facility at which he is to be incarcerated. The Court agreed. However, the Judgment issued states that Defendant JOHN TIMOTHY PERALTA is to surrender to the U.S. Marshals Service on April 21, 2006. The parties request that the Judgment be corrected to reflect the Court's intent to allow Defendant JOHN TIMOTHY PERALTA to self-surrender at the Bureau of Prisons Facility at which he is to be incarcerated.

//

//

**SO STIPULATE.**

Date: April 17, 2006.   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JOHN TIMOTHY PERALTA

Date: April 18, 2006.   By: _____
MARIVIC DAVID, ESQ.
Assistant U. S. Attorney