William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 |
| vs. | |
| JOHN TIMOTHY PERALTA, | ORDER REGARDING SELF-SURRENDER |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Defendant JOHN TIMOTHY PERALTA should self-surrender at a place and time to be communicated to him by this Court, the U.S. Probation Office, or the U.S. Marshals Service.

It is further ordered that the Defendant JOHN TIMOTHY PERALTA is to provide his own transportation to the place of self-surrender.

Dated: April 20, 2006.

Frances Tydingco-Gatewood
Designated District Judge

**ORIGINAL**