William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone:  472-2302
Facsimile:    472-2342

**Attorneys for Defendant
JOHN TIMOTHY PERALTA**



**FILED**
DISTRICT COURT OF GUAM

MAY - 1 2006

**MARY L.M. MORAN
CLERK OF COURT**

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIM. CASE NO. 05-00061** |
| vs. | |
| | **MOTION TO RELEASE** |
| **JOHN TIMOTHY PERALTA,** | **PASSPORT** |
| Defendant. | |

_____/

COMES NOW Defendant, by and through his undersigned counsel, and moves for the return of Defendant JOHN TIMOTHY PERALTA's passport to Defendant for the following reasons:

1.     Defendant JOHN TIMOTHY PERALTA will self-surrender to the Federal Correctional Institution in Sheridan, Oregon on May 4, 2006.

2.     The airline ticket for Defendant JOHN TIMOTHY PERALTA is about $200.00 cheaper if he travels from Guam to Japan to Honolulu to Oregon.

3.     Defendant JOHN TIMOTHY PERALTA needs his Passport in order to travel into and out of Japan.

## ORIGINAL

Wherefore, Defendant JOHN TIMOTHY PERALTA prays his Passport be returned to him by the Clerk of Court or the U.S. Probation Office.

LAW OFFICES OF GORMAN & GAVRAS

Date: May 1, 2006.                    By: _____
                                              WILLIAM L. GAVRAS, ESQ.
                                              Attorneys for Defendant
                                              JOHN TIMOTHY PERALTA

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the U.S. Attorney, by hand delivery, a true and correct copy of this document on May 2, 2006.

Date: May 1, 2006.                    By: _____
                                              WILLIAM L. GAVRAS, ESQ.
                                              Attorneys for Defendant
                                              JOHN TIMOTHY PERALTA

2