William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA


FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00061 |
| vs. | ORDER<br>Releasing Passport |
| JOHN TIMOTHY PERALTA, | |
| Defendant. | |

Upon consideration of the Defendant's Motion to Release Passport;

IT IS HEREBY ORDERED that the Clerk of Court shall release the Defendant's passport to him to permit him to travel through Japan in order to self-surrender to the Federal Correctional Institution in Sheridan, Oregon.

Date: May 2, 2006

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge